An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

NIKCI BOYD,
Petitioner,
vs.
CESLEY HOPPER WESTMORELAND;
AND BELINDA HARRIS,
Respondents.

No. 66759

**FILED**

FEB 1 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT OF PROHIBITION

Having considered this original pro se petition for a writ of prohibition, we conclude that petitioner has not demonstrated that our intervention by way of extraordinary relief is warranted. NRAP 21(b)(1); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:   Nicki Boyd

_____

[1]We deny as moot petitioner's motion to consolidate.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-04744